# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF GEORGIA
### SAVANNAH DIVISION

| | |
|---|---|
| ANTHA GREEN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )     Case No. CV413-068 |
| | ) |
| AL ST. LAWRENCE, | ) |
| COLONEL ENOCH, MAJOR | ) |
| WELSH, CAPTAIN | ) |
| MIDDLETON, JANE DOE 1, and | ) |
| JANE DOE 2, | ) |
| | ) |
| Defendants. | ) |

## ORDER

After a careful <u>de novo</u> review of the record in this case, the Court

concurs with the Magistrate Judge's Report and Recommendation, to which

no objections have been filed. Accordingly, the Report and Recommendation

of the Magistrate Judge is adopted as the opinion of the Court.

**SO ORDERED** this _28_ day of _October_, 2013.

B. AVANT EDENFIELD
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA